E-FILED
Tuesday, 30 May, 2017  02:44:24 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS



FILED
MAY 30 2017
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Amy Kelch )
4228 N University St )
Peoria, IL 61614 )
(Name of the plaintiff or plaintiffs) )
) CIVIL ACTION
)
v. )
) NO. 17-1242
)
Illinois Institute For Addiction Recovery )
5409 N Knoxville Ave )
Peoria, IL 61614 )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. Plaintiff ☐ DOES ☒ DOES NOT demand a jury trial.

### I. PARTIES

2. The plaintiff is Amy Kelch,
whose street address is 4228 N University St,
(city) Peoria (state) IL (ZIP) 61614
(Plaintiff's telephone number) (___) - _____

3. The defendant is Illinois Institute for Addiction Recovery whose
street address is 5409 N Knoxville Ave,
(city) Peoria (state) IL (ZIP) 61614
(Defendant's telephone number) (309) -691-1055

4. The alleged discrimination occurred at 5409 N Knoxville Ave
(city) Peoria (state) IL (ZIP) 61614

5. The plaintiff [*check one box*]

   (a) ☒ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☐ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) Aug, (day) 24th (year) 2016.

## II. JURISDICTION

7. Jurisdiction over this claim is based on 28 U.S.C. § 1331. Plaintiff alleges that the defendant(s) discriminated against Plaintiff because of Plaintiff's:

   ☐ Age (The Age Discrimination in Employment Act, 29 U.S.C. § 621)

   ☐ Color (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☒ Disability (The Americans with Disabilities Act, 42 U.S.C. § 12101 and/or The Rehabilitation Act, 29 U.S.C. § 701)

   ☐ National Origin (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Race (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Race (42 U.S.C. § 1981)

   ☐ Religion (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Sex/Gender (Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e)

   ☐ Sex/Gender (Equal Pay Act, 29 U.S.C. § 206)

   ☐ Use of Leave (Family and Medical Leave Act, 29 U.S.C. § 2611)

   ☐ Other (list): _____

8. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the United States Equal Employment Opportunity Commission (EEOC) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

9. Plaintiff ☒ HAS ☐ HAS NOT filed a charge before the Illinois Department of Human Rights (IDHR) relating to this claim of employment discrimination. **[Attach a copy of charge to this complaint.]**

10. Plaintiff ☒ HAS ☐ HAS NOT received a Right to Sue Notice. If yes, Plaintiff's Right to Sue Notice was received on or about (date) 3-2-17              .

[Attach copy of Notice of Right to Sue to this complaint.]

### III. FACTS IN SUPPORT OF CLAIM

11. The defendant intentionally discriminated against Plaintiff [*check only those that apply*]:

   (a) ☒ by failing to hire the plaintiff.
   (b) ☐ by terminating the plaintiff's employment.
   (c) ☐ by failing to promote the plaintiff.
   (d) ☐ by failing to stop harassment;
   (e) ☒ by failing to reasonably accommodate the plaintiff's disabilities.
   (f) ☐ by failing to reasonably accommodate the plaintiff's religion.
   (g) ☐ by retaliating against the plaintiff because the plaintiff did something to assert rights protected by the laws;
   (h) ☐ by coercing, intimidating, threatening or interfering with the plaintiff's exercise or enjoyment of rights;
   (i) ☐ with respect to the compensation, terms, conditions, or privileges of employment;
   (j) ☐ other (specify): _____

12. State here briefly and as clearly as possible the essential facts of your claim. Describe precisely how each defendant in this action is involved. Give dates and places. Concentrate on describing as clearly and simply as possible what employment action or situation you allege to have been illegal and how it violated your rights. It is not necessary to make legal arguments or cite any cases or statutes.

Please see attached

13. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☐ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐ Direct the defendant to (specify): _____

_____
_____
_____
_____
_____
_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

_Amy Kelch_
(Plaintiff's signature)

_Amy Kelch_
(Plaintiff's name)

_____

_4228 N University St_
(Plaintiff's street address)

(City) _Peoria_    (State) _IL_    (ZIP) _61614_

(Plaintiff's telephone number) (_309_) – _472-5283_

Date: _5-26-17_

May 26, 2017

United States District Court for the Central District of Illinois
309 U.S. Courthouse
100 NE Monroe St.
Peoria, IL. 61602

EEOC Charge No. **440-2016-05911**
IDHR Charge No. **2017SR2128**

To Whom It May Concern:

Below is a brief synopsis of my case.

Please accept this letter and the attached completed form as my filing of a complaint of employment discrimination against Unity Point/Proctor on the basis of disability. I am a 34 year old female with a diagnosis of cerebral palsy, and as a result I use a walker. On May 20, 2016. I applied for a behavior health clinician position. On June 1, 2016 I had my first phone interview with Wendy Whitsitt who then forwarded on my application to the Illinois Addiction Recovery Center at Unity Point/Proctor. On June 13, 2016 Amanda Doman and her staff interviewed me for the position. I entered into the interview using my walker. On August 3, 2016, I received an offer of employment from Unity Point/Proctor to work as a behavioral health clinician. The employer then required me to complete several tasks prior to my start date, including submitting to a physical examination. On August 17, 2016, I completed my physical exam. During the physical exam, the medical provider asked a number of questions regarding my physical limitations as a result of my cerebral palsy. I did not receive a copy of the medical provider's report as a result of my physical exam. On August 22, 2016, I received a telephone call from Unity Point/Proctor stating that there is a problem with my physical limitations, and they are concerned that as a result of my physical disability I am not able to perform CPI restraint training as a part of the clinician job. I am a fully licensed therapist in the state of Illinois and can perform all other therapeutic tasks. I asked for a reasonable accommodation with respect to the CPI restraint training because I am able to perform much of the training, including verbally diffusing an escalating situation, but would need a reasonable accommodation in order to physically restrain a patient if physical restraint was necessary. I also questioned whether using CPI restraint training was a necessary part of the clinician job, and whether all employee clinicians were capable of physically restraining all patients. The call was then rescheduled for two days later. On August 24, 2016, five days prior to my start date. I received a second telephone call from Unity Point/Proctor stating that it was rescinding my job offer on the grounds that the CPI restraint training was a necessary part of the job, and based on my physical examination it was determined that I could not perform CPI physical restraint, and that a reasonable accommodation was not possible. I do not believe that the use of CPI physical restraint is a necessary part of the clinician job or that a reasonable accommodation is not possible. On this basis, I bring this complaint.

The contact information for Unity Point/Proctor is: Employee Health Services (309) 672-4894 I believe that Unity Point employs several hundred employees.

My contact information is:

Phone: (309) 472-5283
Email: akelch82@gmail.com
Fax: 312-254-1423
U.S. Mail: 4228 N University, Peoria, IL, 61614

Sincerely,


Amy Kelch

IDHR

case no. 170221-016

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 2017SR2128  440-2016-05911 |

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Amy Kelch
**Home Phone** (Incl. Area Code): (309) 472-5283
**Date of Birth**: Redacted

**Street Address**: 4228 N University, Peoria, IL 61614

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: IL INSTITUTE OF ADDICTION RECOVERY UNITY POINT PROCTOR
**No. Employees, Members**: 500 or More
**Phone No.**: (309) 691-1055
**Street Address**: 5409 N. Knoxville, Peoria, IL 61614

**DISCRIMINATION BASED ON**: [X] DISABILITY

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: — Latest: 08-24-2016

THE PARTICULARS ARE:

I was offered a position with Respondent on or about August 3, 2016. Respondent was aware of my disability. I requested a reasonable accommodation which was not provided. The offer for employment was subsequently rescinded.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC
DEC 14 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 12/11/16   Charging Party Signature: Amy Kelch

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>440-2016-05911 |
|---|---|---|

Illinois Department Of Human Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>Ms. Amy Kelch | Home Phone (Incl. Area Code)<br>(309) 472-5283 | Date of Birth<br>Redacted |
|---|---|---|

Street Address: 4228 N University, Peoria, IL 61614

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>IL INSTITUTE OF ADDICTION RECOVERY UNITY POINT PROCTOR | No. Employees, Members<br>500 or More | Phone No. (Include Area Code)<br>(309) 691-1055 |
|---|---|---|

Street Address: 5409 N. Knoxville, Peoria, IL 61614

| DISCRIMINATION BASED ON (Check appropriate box(es).)<br>☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN<br>☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION<br>☐ OTHER (Specify) | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest — Latest: 08-24-2016<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was offered a position with Respondent on or about August 3, 2016. Respondent was aware of my disability. I requested a reasonable accommodation which was not provided. The offer for employment was subsequently rescinded.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC
DEC 14 2016
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/14/16 — Amy Kelch
Date / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)



Amy Kelch
4228 N University St
Peoria, IL 61614

US District Court for the
Central District of IL
309 US Courthouse
100 N.E. Monroe St
Peoria, IL 61602