IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| AMY KELCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | LAW NO.  17-CV-1242 |
| | ) | |
| THE METHODIST MEDICAL CENTER OF ILLINOIS, | ) | |
| (D/B/A ILLINOIS INSTITUTE FOR ADDICTION | ) | |
| RECOVERY), | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the plaintiff, AMY KELCH, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

                    AMY KELCH

BY:    /s/Christopher A. Nichols
        Christopher A. Nichols
        108 Washington Square
        P.O. Box 308
        Washington, Illinois 61571
        Telephone 309.840.4276
        Facsimile:  309.279.5273
        Chris@ILINLaw.com

THE METHODIST MEDICAL CENTER OF ILLINOIS
(D/B/A ILLINOIS INSTITUTE FOR ADDICTION RECOVERY)


By:      /s/Bradford B. Ingram
HEYL, ROYSTER, VOELKER & ALLEN
Bradford B. Ingram, ARDC #3217206
Debra L. Stegall, ARDC #6206488
Syed E. Ahmad, ARDC #:6294817
Heyl, Royster, Voelker & Allen
300 Hamilton Boulevard
P.O. Box 6199
Peoria, Illinois 61601
Telephone  309.676.0400
Facsimile  309.676.3374
bingram@heylroyster.com
dstegall@heylroyster.com
sahmad@heylroyster.com

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| AMY KELCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | LAW NO.  17-CV-1242 |
| ) | |
| THE METHODIST MEDICAL CENTER OF ILLINOIS, ) | |
| (D/B/A ILLINOIS INSTITUTE FOR ADDICTION ) | |
| RECOVERY), ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon the written Stipulation of the parties filed herein, it is hereby ordered that the above-entitled cause of action of the plaintiff, AMY KELCH, is hereby dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

_____
Judge of the U.S. District Court

ENTERED:_____

10999-28 / 34093233_1